ROBERT E. ATKINSON, ESQ., Bar No. 9958
Email: robert@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E. Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Robert E. Atkinson, Trustee*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ABIMAEL DURAN<br>   *dba* SNV PROPERTIES, LLC<br>   *dba* AD HOMES, LLC<br>   *dba* CORNERSTONE HOLDINGS I, LLC<br><br>                    Debtor. | Case No.  24-15875-hlb<br>Chapter 7<br><br>**NOTICE OF PENDING ACTION<br>(LIS PENDENS)** |

NOTICE IS HEREBY GIVEN that the above-captioned bankruptcy case has been commenced in the United States Bankruptcy Court for the District of Nevada. By and through this proceeding, Robert E. Atkinson (in his capacity as chapter 7 trustee) seeks a court order that 50% of the following real property:

| | |
|---|---|
| Assessor's Parcel Number: | 138-27-419-409 |
| Assessor's Description: | PIRATES COVE CONDO-UNIT 1<br>PLAT BOOK 55 PAGE 37<br>UNIT 204 BLDG 26 |

commonly known as 7200 Pirates Cove Rd Unit 2089, Las Vegas, Nevada 89145, is property of the bankruptcy estate arising from the above-captioned bankruptcy case.

Dated: January 22, 2025

                                        /s/ Robert E. Atkinson
                                        ROBERT E. ATKINSON, ESQ.
                                        Nevada Bar No. 9958
                                        *Attorney for Trustee*