ROBERT E. ATKINSON, ESQ., Bar No. 9958
Email: robert@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd, Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Robert E. Atkinson, Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>ABIMAEL DURAN,<br>  *dba* SNV PROPERTIES, LLC<br>  *dba* AD HOMES, LLC<br>  *dba* CORNERSTONE HOLDINGS I, LLC<br><br>Debtor. | Case No. 24-15875-hlb<br>Chapter 7<br><br>**NON-OPPOSITION** |

Chapter 7 trustee ROBERT E. ATKINSON does not oppose the motion for relief from stay [ECF #101] filed by secured creditor U.S. Bank Trust National Association, as Trustee of the Dwelling Series IV Trust ("***Movant***"), relating to its deed of trust on 3170 Shadow Bluff Avenue, Las Vegas, NV 89120.

The Trustee investigated the multiple liens, claims, and encumbrances on the subject property that are junior to Movant's DOT, and has concluded that there is no equity in the property.

# # # # #

DATED: April 15, 2025                              **ATKINSON LAW ASSOCIATES LTD.**

                                                                            By:       /s/ Robert E. Atkinson
                                                                                ROBERT E. ATKINSON, ESQ.
                                                                                Nevada Bar No. 9958
                                                                                *Attorney for Trustee*